

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpalaw.com

*Admitted to Practice in New York and New Jersey

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2020
```

VIA CM/ECF

December 21, 2020

United States District Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

**Re:** *Juscinska v. Second Street Corp.*; Case No.: 1:20-cv-06643-MKV-RWL

Dear Judge Vyskocil:

    This office represents the Plaintiff Natalia Juscinska ("Plaintiff") in connection with the above-referenced action. As previously reported, the above-referenced action has been settled and a settlement agreement has been drafted and provided to the defendant. At this time, we are waiting for the defendant to execute the agreement. Respectfully, we are requesting together with counsel for the defendant, a final stay of all deadlines and conferences, for an additional thirty (30) days so that the parties can finalize the settlement agreement.

    We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc: David J. Grech, Esq. *(via*

**Granted. SO ORDERED.**

Date: 12/21/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge